IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:09-CR-73 |
| | ) | (VARLAN/GUYTON) |
| DAVID E. GOINS, and | ) | |
| CAROLYN GOINS, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This case is before the Court on the defendants' Joint Motion to Extend Motion Cut-off Deadline [Doc. 14], filed on July 10, 2009. Defense counsel for Mr. Goins states that he received a lengthy video in discovery on June 30, 2009, and needs additional time to complete review of this video. Additionally, he continues to investigate the case and needs more time to consult with his client regarding pretrial motions. Finally, defense counsel states that his recent preparation for another trial and absence from the district have left him with inadequate time to investigate the need for pretrial motions. Counsel for Mr. Goins reports that counsel for Mrs. Goins joins in the motion for the reasons stated by Mr. Goins' attorney and additional reasons.

Because the defendants have shown good cause for an extension, the Court **GRANTS** their Joint Motion to Extend Motion Cut-off Deadline [**Doc. 14**]. The parties have until **July 31, 2009**,

1

to file any motions in this case. The Court notes that a reciprocal extension of the July 24 response deadline would give the government insufficient time to file responses before the pretrial conference on **August 10, 2009, at 11:00 a.m.** Accordingly, the Court will not reset the response deadline at this time, but if any motions are filed, the Court will set a new response deadline and take up the matter of the August 18, 2009 trial date at the pretrial conference.

**IT IS SO ORDERED.**

ENTER:

s/ H. Bruce Guyton
United States Magistrate Judge